UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G6 HOSPITALITY, L.L.C.;<br>G6 HOSPITALITY IP, L.L.C.;<br>G6 HOSPITALITY PROPERTY, L.L.C.;<br>G6 HOSPITALITY PURCHASING, L.L.C.;<br>G6 HOSPITALITY FRANCHISING, L.L.C.;<br>MOTEL 6 OPERATING L.P.;<br>OLD WEST 6017, LLC; JOHSE LLC;<br>H.S.M. CORPORATION; WYNDHAM<br>HOTEL & RESORTS, INC. and DOES 1-100,<br>inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-01235-RSL<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR WYNDHAM HOTELS & RESORTS, INC. TO RESPOND TO COMPLAINT** |

　　　　Plaintiff Jane Doe and Defendant Wyndham Hotels & Resorts, Inc. ("WHR"), jointly move this Court to continue WHR's deadline to respond to the Complaint to October 21, 2024. In support, the Parties state as follows:

　　　　1.　　Plaintiff filed the Complaint on August 13, 2024. Dkt. 1. WHR was served with the Complaint on August 20, 2024. Dkt. 15.

　　　　2.　　On August 21, 2024, Plaintiff filed waivers of service for Defendants G6 Hospitality LLC, G6 Hospitality Franchising LLC, G6 Hospitality IP LLC, G6 Hospitality

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE - 1
Case No. 2:24-cv-01235-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel:  206.839.4800

1  Property LLC, G6 Hospitality Purchasing LLC, and Motel 6 Operating L.P. (collectively, the "G6
2  Defendants"), pursuant to which the G6 Defendants' deadline to respond to the Complaint is
3  October 21, 2024. Dkts. 9-14.

4      3.    On August 29, 2024, WHR and Plaintiff's counsel conferred and agreed that,
5  subject to the Court's approval and in the interest of efficiency, WHR's deadline to respond to the
6  Complaint should align with the G6 Defendants' deadline.

7      4.    Accordingly, WHR and Plaintiff respectfully request that WHR's deadline to
8  respond to the Complaint be extended to October 21, 2024.

9      STIPULATED to this 30th day of August 2024.

**SINGLETON SCHREIBER LLP (SD)**       **DLA PIPER LLP (US)**

s/ *Katie S. Llamas*      s/ *Anthony Todaro*

Katie Llamas      Anthony Todaro, WSBA No. 30391
Meagan Verschueren      Virginia Weeks, WSBA No. 55007
Gerald Singleton      701 Fifth Avenue, Ste. 6900
591 Camino De La Reina, Ste 1025      Seattle, WA 98104-7029
San Diego, CA 92108      Tel: 206.839.4800
Tel: 530.218.7628      E-mail: anthony.todaro@us.dlapiper.com
Email: kllamas@singletonschreiber.com      E-mail: virginia.weeks@us.dlapiper.com
Email: mverschueren@singletonschreiber.com
Email: gsingleton@singletonschreiber.com

*Attorneys for Defendant*
*Wyndham Hotels & Resorts, Inc.*

Singleton Schreiber LLP (WA)
Stephen Jackson Hill
450 Alaskan Way South, Ste. 200
Seattle, WA 98104
Tel: 801.560.9511
Email: shill@singletonschreiber.com

*Attorneys for Plaintiff*

# ORDER

It is so ORDERED.

Dated this 4th day of September, 2024.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

DLA PIPER LLP (US)

*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
Virginia Weeks, WSBA No. 55007
701 Fifth Avenue, Ste. 6900
Seattle, WA 98104-7029
Tel: 206.839.4800
Email: anthony.todaro@us.dlapiper.com
Email: virginia.weeks@us.dlapiper.com

*Attorneys for Defendant Wyndham Hotels & Resorts, Inc.*

AND BY

SINGLETON SCHREIBER LLP (SD)

*s/ Katie Llamas*
Katie Llamas
Meagan Verschueren
Gerald Singleton
591 Camino De La Reina, Ste 1025
San Diego, CA 92108
Tel: 530.218.7628
Email: kllamas@singletonschreiber.com
Email: mverschueren@singletonschreiber.com
Email: gsingleton@singletonschreiber.com

Singleton Schreiber LLP (WA)
Stephen Jackson Hill
450 Alaskan Way South, Ste. 200
Seattle, WA 98104
Tel: 801.560.9511
Email: Shill@Singletonschreiber.Com

*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE - 3
Case No. 2:24-cv-01235-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel:  206.839.4800