UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Jane Doe,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>G6 Hospitality LLC, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:24-cv-01235-RSL<br><br>**STIPULATION RE EXTENSION OF TIME TO ANSWER** |

STIPULATION

Comes Now the Plaintiff through her counsels of record and Defendants H.S.M. Corporation and JOHSE LLC through their counsel of record and hereby stipulate that Defendants H.S.M. Corporation and JOHSE LLC shall be granted an extension of time to file an answer and other responsive pleadings to the Complaint to October 21, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 10/8/2024

*Meagan Verschueren*
Meagan Verschueren (CA 313117)
Katie Llamas (CA 303398)
Attorney for Plaintiff

DATED: 10/8/24

*D. Benjamin Lee*
D. Benjamin Lee (WA 14422)
Attorneys for Defendants H.S.M. Corporation and JOHSE LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: October 9, 2024

*MT S Lasnik*
Hon. Robert S. Lasnik
United States District Court Judge