UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>           Plaintiff,<br><br>      v.<br><br>G6 HOSPITALITY, LLC, *et al.*,<br><br>           Defendants. | Case No. C24-1235RSL<br><br>ORDER RENOTING MOTION FOR RECONSIDERATION |

      This matter comes before the Court on plaintiff's timely "Motion for Reconsideration of April 22, 2025 Order." Dkt. # 57. The Clerk of Court is directed to renote plaintiff's motion for reconsideration on the Court's calendar for Friday, May 30, 2025. Defendants' opposition, if any, is due the Wednesday before the note date.

      DATED this 12th day of May, 2025.

                                                              */s/ Robert S. Lasnik*
                                                           Robert S. Lasnik
                                                           United States District Judge

ORDER RENOTING MOTION
FOR RECONSIDERATION - 1