# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>G6 HOSPITALITY, L.L.C.; G6 HOSPITALITY IP, L.L.C.; G6 HOSPITALITY PROPERTY, L.L.C.; G6 HOSPITALITY PURCHASING, L.L.C.; G6 HOSPITALITY FRANCHISING, L.L.C.; MOTEL 6 OPERATING L.P.; OLD WEST 6017, LLC; JOHSE LLC; H.S.M. CORPORATION; WYNDHAM HOTEL & RESORTS, INC. and DOES 1-100, inclusive,<br><br>Defendants. | NO. 2:24-cv-01235-RSL<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

This matter comes before the Court on "Defendants H.S.M. Corporation and Johse LLC Motion for Withdrawal and Substitution of Counsel." Dkt. # 53. The motion is unopposed and is therefore GRANTED. D. Benjamin Lee is no longer counsel of record for defendants H.S.M. Corporation and/or Johse LLC. The Clerk of Court is directed to enter the appearance of Dan Kirkpatrick (WSBA #38674) and David Ringold (WSBA #56756) of Kirkpatrick Symanski Parker on behalf of the moving defendants.

- 1

(Case No. 2:24-cv-01235-RSL)

1 | DATED this 6th day of June, 2025.

*[signature]*
ROBERT S. LASNIK
United States District Judge

- 2

(Case No. 2:24-cv-01235-RSL)